**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

UNITED STATES OF AMERICA

v.                                          CASE NO: 8:08-cr-421-T-33TBM

DARYL ISOM
_____/

**ORDER**

This matter comes before the Court pursuant to Defendant's pro se Motion to Modify Sentence Pursuant to Title 18 U.S.C. § 3582(c)(2) (Doc. # 40), which was filed on September 13, 2010.

Defendant was originally sentenced by this Court to 199 months for crack-related infractions on May 22, 2009. (Doc. # 31, 34). Thereafter, on August 18, 2010, this Court entered an amended judgment reducing Defendant's sentence, pursuant to Rule 35 of the Federal Rules of Criminal Procedure, to 168 months based on Defendant's substantial assistance. (Doc. # 37, 38).

By his present pro se Motion, Defendant seeks a further reduction of his sentence pursuant to the retroactive amendments to the United States Sentencing Guidelines. It is appropriate to deny Defendant's pro se Motion because Defendant was sentenced <u>after</u> the effective date of the retroactive amendments. Defendant was sentenced by this Court under the amended guidelines, and there is no basis for the sentence reduction Defendant seeks.

Accordingly, it is **ORDERED, ADJUDGED and DECREED**:

(1)  Defendant's pro se Motion to Modify Sentence Pursuant to Title 18 U.S.C. § 3582(c)(2) (Doc. # 40) is **DENIED**.

(2)  Defendant's sentence is not subject to reduction pursuant to the retroactive application of the amendments to U.S.S.G. § 1B1.10.

**DONE** and **ORDERED** in Chambers, in Tampa, Florida, this <u>14th</u> day of September, 2010.

_____
VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies:

Office of the Federal Public Defender

United States Attorney's Office

United States Probation office

BOP

Any pro se party